**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| CHRISTIN E. VESS,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN J. M. ROY and<br>TANDET LOGISTICS INC.,<br><br>Defendants. | C/A No. 3:26-cv-5347-CMC<br><br>**PLAINTIFF'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Plaintiff Christin E. Vess, pursuant to Local Civil Rule 26.01 (D.S.C.), submits the following answers to the Court's interrogatories:

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**ANSWER:** Progressive Direct Insurance Company, P.O. Box 94670, Cleveland, Ohio 44101-9919, (800) 776-4737, Claim No. 26-327799214, may assert a subrogation interest to the extent it paid collision benefits for damage to Plaintiff's vehicle.

The following medical providers have rendered treatment and may claim a lien to the extent of their unpaid charges: American Health Imaging of South Carolina, P.O. Box 746551, Atlanta, Georgia 30374-6551, (803) 766-3007; Carolina Neurosurgery & Orthopedics, Inc., 7301 Rivers Avenue, Suite 242, North Charleston, South Carolina 29406, (843) 510-0727; Clermont Radiology LLC, P.O. Box 593869, Orlando, Florida 32859, (352) 241-6100; Trident Anesthesia Group LLC, 423 Barony Street, Moncks Corner, South Carolina 29461, (843) 899-9303; HealthSource of Northeast Columbia, 131 Professional Park Road, Columbia, South Carolina 29229, (803) 217-

3325; and WeCare Family Health, 1120 Sparkleberry Lane Ext., Suite A, Columbia, South Carolina 29223, (803) 851-0605.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

**ANSWER:** Each of Plaintiff's claims should be tried to a jury and Plaintiff has demanded a jury trial in her Complaint.

**(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**ANSWER:** Plaintiff is an individual and not a publicly owned company. Not applicable.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.**

**ANSWER:** The collision giving rise to this action occurred on Interstate 77 in Richland County, South Carolina, and Plaintiff resides in Richland County. A substantial part of the events or omissions giving rise to the claims therefore occurred in the Columbia Division, which comprises Richland County. 28 U.S.C. § 121(10); Local Civ. Rule 3.01(A)(1) (D.S.C.). Neither Defendant resides in the United States. 28 U.S.C. § 1391(c)(3).

**(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending.**

**ANSWER:** No.

**(F) [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**ANSWER:** Not applicable to Plaintiff.

**(G) [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

**ANSWER:** Not applicable to Plaintiff.

**(H) [Diversity cases] Name and identify the citizenship of every individual or entity whose citizenship is attributed to the party submitting these responses. This response must be supplemented if a later event could affect jurisdiction under 28 U.S.C. § 1332(a).**

**ANSWER:** Plaintiff Christin E. Vess is an individual, a citizen of the United States, and a citizen of the State of South Carolina, domiciled in Richland County, South Carolina. No other individual's or entity's citizenship is attributed to Plaintiff. Plaintiff will supplement this answer if any event occurs that could affect jurisdiction under 28 U.S.C. § 1332(a).

Respectfully submitted,

MORGAN & MORGAN, P.A.

s/ James G. Biggart II
James G. Biggart II
Fed. Bar No. 14195
M. Cooper Klaasmeyer
Fed Bar No. 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405
Telephone: (843) 973-5186
Email: jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
biggartlitigation@forthepeople.com
Attorney for Plaintiff

North Charleston, South Carolina
October 30, 2026